United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN ODELL BOULWARE,

        Plaintiff,

  v.

D.M. DUNSTAN, et al.,

        Defendants.
_____/

No. 06-02733 CW

ORDER DISMISSING
EQUAL PROTECTION
AND RACE
DISCRIMINATION
CLAIMS

     On January 31, 2007, the Court issued an Order for Service and Granting Leave to Proceed In Forma Pauperis in the above-captioned case.  Pursuant to that Order, the Plaintiff was given thirty days from the date of the Order to file an amended equal protection claim based on Defendants Trexler and Kane denying him outdoor exercise because of his race and race discrimination claim. Failure to resubmit those amended claims would result in dismissal of those claims without prejudice.  The time for filing the amended claims has passed, and Plaintiff has failed to amend the claims. Accordingly,

     IT IS HEREBY ORDERED that Plaintiff's equal protection claim and race discrimination claim are DISMISSED WITHOUT PREJUDICE.

Dated:  5/30/07



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RUBEN ODELL BOULWARE,

        Plaintiff,

  v.

D.M. DUNSTAN et al,

        Defendant.

_____/

Case Number: CV06-02733 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Emily L. Brinkman
CA Attorney General
455 Golden Gate Ave.
Suite 11000
San Francisco,  CA 94102

Ruben Odell Boulware #9436824
TTCF-C #261
Los Angeles County Jail
P.O. Box 86164
Terminal Annex
Los Angeles,  CA 90086

Dated: May 30, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

3